**United States District Court**
**District of Massachusetts**

**CASE NO: 1:25-cr-10131-DJC**

| |
|---|
| **United States of America** |
| **v.** |
| **Christopher Flanagan** |
| **Defendant** |

**Defendants Motion to Dismiss Count Six of the Indictment**

Now comes the Defendant Christopher Flanagan, by and through undersigned counsel, and, pursuant to Fed R. Crim. P. 12, hereby respectfully requests this Honorable Court Dismiss Count Six of the Indictment in the above-captioned matter. As reason therefor, the Defendant states that the Massachusetts Office of Campaign and Political Finance investigation he is alleged to have obstructed by submitting alleged false documents was not "a matter within the jurisdiction any department or agency of the United States" as required by 18 U.S.C. §1519.

As further grounds and reasons for his Motion, the Defendant incorporates his Memorandum of Law.

**Request for Oral Argument**

The Defendant respectfully requests that oral argument be held on this Motion.

**Compliance with Rule 7.1(a)(2)**

Undersigned counsel conferred with the Government on March 25, 2026, and the Government opposes the relief requested in this Motion.

Respectfully Submitted,

Christopher Flanagan

By his attorney,

/s/ Jess Megee

James Jess Megee
BBO #691911
Henning Strategies
55 Court Street, Ste 520
Boston, MA 02111
Jess.megee@henningstrategies.com
617-299-6534

Dated:  March 25, 2026

**Certificate of Service**

I, James Jess Megee, hereby certify that on this date, March 25, 2026, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants.

/s/ Jess Megee
_____
**James Jess Megee**