UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 25-10131 |
| | ) | |
| CHRISTOPHER FLANAGAN, | ) | |
| Defendant. | ) | |

## **JOINT STATUS REPORT**

Pursuant to Local Rule 116.5(c), the parties hereby file the following status report prepared in connection with the status conference scheduled for April 10, 2026.

(1)    Status of Rule 11 Hearing Request

The defendant is not presently requesting that the District Judge schedule this matter for a Rule 11 hearing.

(2)    Discovery

The government provided a rolling production of automatic discovery, including productions on May 9, 2025, June 30, 2025, January 6, 2026, February 2, 2026, and March 13, 2026.  There are no pending discovery requests.

(3)    Pretrial Motions

The defendant filed a motion pursuant Fed. R. Crim. P. 12(b) challenging count six of the indictment on March 25, 2026. The government will submit an opposition to that motion by April 8, 2026.

(4)    Speedy Trial Act

All of the time has been excluded from the defendant's initial appearance through the date of the final status conference scheduled for April 10, 2026.  The parties request that the time be excluded until the date of the pretrial conference, pursuant to 18 U.S.C. § 3161(h)(7)(A).

(5)    <u>Estimate of Trial and Miscellaneous Matters</u>

If the case were to proceed to trial, the parties estimate that it could be tried in approximately one week.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

/s/ Jess Megee                          By:    /s/ *Lauren Maynard*
Greg Henning                                   Lauren Maynard
Jess Megee                                     Dustin Chao
                                               Counsel for Defendant
                                               Assistant U.S. Attorneys

Dated: April 6, 2026

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ *Lauren Maynard*
Assistant U.S. Attorney

Dated: April 6, 2026